UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE MARTINEZ and ALBA MARTINEZ,

   Plaintiffs,

v.                                                      CASE NO.:  8:11-cv-212-T-23TBM

COOPERATIVE DE SEGUROS
MULTIPLES DE PUERTO RICO,

   Defendant.
_____/

**ORDER**

The plaintiffs sue (Doc. 4) their insurer for damage to their home caused by a sinkhole.  The defendant removes (Doc. 1) but the notice of removal fails to establish a basis for jurisdiction.  The notice of removal cites to 28 U.S.C. § 1331 (federal question jurisdiction) in one passage and to 28 U.S.C. § 1332 (diversity jurisdiction) in another.

The plaintiffs claim that the defendant failed to send a check in the amount of $1,363.81 (Doc. 4, Page 3) and that the necessary repairs to the home "would cost $62,902.69."  (Doc. 4, Page 4)  These amounts fail, individually or in the aggregate, to meet the amount in controversy requirement of 28 U.S.C. § 1332.  Morever, the "parties agree that a covered loss under the insurance policy has occurred; however, the parties disagree as to the amount of said loss."  (Doc. 7)  The actual amount in controversy is, therefore, less than the total damages.

A determination is required as to "whether subject-matter jurisdiction exists, even in the absence of a challenge from any party."  Arbaugh v. Y & H Corp., 546 U.S. 500, 501 (2006).  The issue of subject-matter jurisdiction may be raised sua sponte "at any

- 2 -

stage in the litigation." <u>Arbaugh</u>, 546 U.S. at 506; <u>see</u> <u>also</u> 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject[-]matter jurisdiction, the case shall be remanded."). Accordingly, under 28 U.S.C. § 1447(c), this case is **REMANDED** for lack of subject matter jurisdiction. The Clerk is directed to (1) mail a certified copy of this order, pursuant to 28 U.S.C. § 1447(c), to the Clerk of the Circuit Court for Hillsborough County, (2) terminate any pending motion, and (3) close the case.

  ORDERED in Tampa, Florida, on April 1, 2011.

                      _____
                        STEVEN D. MERRYDAY
                        UNITED STATES DISTRICT JUDGE